IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARCO ANGELE HENDRICKSON,          §
    #10530-062,                            §
            PLAINTIFF,              §
                                      §
V.                                  §  CIVIL CASE NO. 3:25-CV-3363-E-BK
                                      §
UNITED STATES OF AMERICA,           §
            DEFENDANT.              §

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. In accordance with 28 U.S.C. § 636(b)(1), the court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. The court finds none but notes a clerical error in the plaintiff's name in footnote one. The footnote unquestionably applied to the plaintiff here.

Having considered the pleadings, file, and applicable law, the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted, as supplemented herein, as the Findings and Conclusions of the court.

SO ORDERED this 10th day of July, 2026.

Ada Brown
UNITED STATES DISTRICT JUDGE